JAMES F. PENDLETON, Appellant, *v.* ALEXANDER JOHNSTON, Respondent.

(Argued May 26, 1892; decided June 14, 1892.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made

the first Monday of April, 1891, which affirmed a judgment in favor of defendant entered upon a verdict, and affirmed an order denying a motion for a new trial.

*James F. Pendleton* appellant in person.

*David Leventrill* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.